AO 93 (Rev. 11/13) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 MAY 15 AM 9: 20

OFFICE OF THE CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No.   8:15MJ129
2115 Clark Street, Omaha, Nebraska )
 )
 )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Nebraska_____
*(identify the person or describe the property to be searched and give its location):*

2115 Clark Street, Omaha, Nebraska - more particularly described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    **May 20, 2015**    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    F.A. Gossett, III
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ____

Date and time issued:   **5/13/15  9:26 AM**    _____
                                                                *Judge's signature*

City and state:    Omaha, Nebraska                F.A. Gossett, III, U.S. Magistrate Judge
                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| | | |
|---|---|---|
| Case No.: 8:15MJ129 | Date and time warrant executed: 05/13/2015 @ 3:11 PM | Copy of warrant and inventory left with: Adrian + Doni Hunter |

Inventory made in the presence of:
Doni Hunter

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/15/2015

_____
Executing officer's signature

John D. Hallch, SA, FBI, Omaha NE
Printed name and title

 

# OMAHA POLICE DEPARTMENT
## RECEIPT AND INVENTORY

| Day | Date | Time | R.B. No. |
|---|---|---|---|
| WED | 13 MAY 15 | 1500 | 0-69172 |

PROPERTY SEIZED BY SEARCH WARRANT OR BY PERMISSION AT
2115 CLARK, Omaha, Nebraska.
(Residence/Business Address)

| NUMBER | ITEM | NUMBER | ITEM |
|---|---|---|---|
| 1 | Venue Item - Envelope addressed to AD & DORE HUNTER @ 2115 CLARK - From cedar box at foot of bed NW bedroom by 1260 | | IN BASEMENT RAFTERS |
| 2 | MARIJUANA LESS THAN OUNCE FOUND BY SSA MOORE IN BASEMENT ON WINDOW LEDGE | 6 | KYOCERA CELL PHONE MODEL C6730 HEX: 9900042142009 DEC: 256691510426804 FOUND IN BASEMENT BY PAUL 1260 WITH CHARGER |
| 3 | VENUE ITEM TO ADRIAN HUNTER AT 2115 CLARK FOUND ON TABLE BY LONG | 7 | .2 GRAMS IN PLASTIC BAGGIES of WHITE POWDER SUBSTANCE FOUND IN BASEMENT FURNACE ROOM IN CUP ON SHELF BY EBERLE |
| 4 | .7 GRAMS IN PLASTIC BAG WHITE POWDER FOUND IN RAFTERS of BASEMENT BY NSP EBERLE | 8 | 3 PLASTIC CARDS WITH RESIDUE FOUND IN BASEMENT FURNACE ROOM BY EBERLE |
| 5 | EMPTY GNC INOSITOL POWDER BOTTLE WITH RESIDUE FOUND BY EBERLE | | |

Copy received by (Signature) X Dori Hunt
Witness (Signature)
Witness (Signature)
Police Officer's Signature
Police Officer's Signature SGT
Address
Telephone Number
Serial Number 1446

Distribution: White - RB File, Canary - Squad Copy, Pink - Non-Custody Property Unit Copy, Gold - Subject's Copy

OPD FORM 149 (12/92)

# OMAHA POLICE DEPARTMENT
## RECEIPT AND INVENTORY

**ORIG1NAL**

| Day | Date | Time | R.B. No. |
|---|---|---|---|
| WED | 13 MAY 15 | 1500 | O-69172 |

PROPERTY SEIZED BY SEARCH WARRANT OR BY PERMISSION AT
**2115 CLARK**, Omaha, Nebraska.
(Residence/Business Address)

| NUMBER | ITEM | NUMBER | ITEM |
|---|---|---|---|
| 9 | EMPTY PRESCRIPTION BOTTLE TO ADRIAN HUNTER RTD 3/18/2015 FOUND IN BASEMENT FURNACE ROOM BY EBERLE | 13 | FURNACE ROOM BY EBERLE DRUG PARAPHENALIA, SANDWICH BAGGIES, STRAINERS, STRAWS, SPOONS, CARDS, AND PAPERS WITH NUMBERS FOUND IN BASEMENT FURNACE ROOM BY EBERLE |
| 10 | DIGIT DIGITAL SCALE IN WORKING ORDER WITH WHITE RESIDUE FOUND IN BASEMENT FURNACE ROOM BY EBERLE | 14 | JENNINGS FIREARM BOX EMPTY FOR .22LR AUTO SN: 461445 AND 2-.22 ROUNDS |
| 11 | PINK CUP WITH UNKNOWN WHITE SUBSTANCE IN PLASTIC BAG. 7 GRAMS FOUND IN BASEMENT FURNACE ROOM BY EBERLE | 15 | PLASTIC BOX WITH WHITE POWDER RESIDE FOUND IN BASEMENT FURNACE ROOM BY EBERLE - FIELD TEST POSITIVE |
| 12 | CAN OF BAKING POWDER WITH WHITE SUBSTANCE FOUND IN BASEMENT | | |

Copy received by (Signature)
Witness (Signature)
Witness (Signature)
Police Officer's Signature
Police Officer's Signature   SGT

Serial Number   1446

Distribution   White - RB File   Pink - Non-Custody Property Unit Copy
               Canary - Squad Copy   Gold - Subject's Copy

OPD FORM 149 (12/92)